missal entered January 23, 1914, and the $10 directed to be paid by the order entered herein the 11th day of March, 1914, and within the same time file and serve his printed brief on appeal as required by rule 9 of this court, and in case the appellant fail to fulfill any of these conditions, the motion is denied, with $10 costs. See, also, 147 N. Y. Supp. 1118, 1119.

JONES, Appellant, v. MILLARD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by Herbert J. Jones, as administrator, etc., against Allen J. Millard and another, individually and as executors, etc.

PER CURIAM. Motion to dismiss appeal from order denied. See Dunlevie v. Droney, 206 N. Y. 682, 99 N. E. 1107. Judgment modified, by deducting from the amount of the recovery the sum of $403, as of the date of the rendition of the verdict, and, as so modified, affirmed, together with the order, without costs of this appeal to either party. See, also, 147 N. Y. Supp. 1118.

JONES, Respondent, v. ROME HOLLOW WIRE & TUBE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Griffith Solomon Jones against the Rome Hollow Wire & Tube Company. No opinion. Judgment and order affirmed, with costs.

JONES, Respondent, v. VILLAGE OF THERESA, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by John O. Jones against the Village of Theresa. No opinion. Judgment and order affirmed, with costs.

J. W. CUSHMAN & CO. v. WITTENAUER et al. (Supreme Court, Appellate Term, First Department. June 3, 1914.) Appeal from Municipal Court, Borough of Manhattan, Seventh District. Action by J. W. Cushman & Co. against Frank C. Wittenauer and another, executors of Charles Wittenauer, deceased. From a judgment for defendants, and from an order denying a new trial, plaintiffs appeal. Order denying new trial affirmed, judgment for defendants reversed, and new trial granted. Joseph Day Lee, of New York City, for appellant. Murtha & Hanson, of New York City (Thomas F. Murtha, of New York City, of counsel), for respondents.

PER CURIAM. The two letters dated, respectively, February 1 and 10, 1913, were, in view of the evidence as to acts by plaintiff subsequent to the alleged surrender, competent evidence, and the interests of justice would seem to require that the motion to open the case before decision should have been granted in the exercise of a sound discretion, in order to enable plaintiff to introduce them in evidence on the trial, and that they, in case of appeal, might be properly before the appellate court. Order denying motion for new trial on ground of newly discovered evidence affirmed. Judgment for defendants reversed, and new trial granted, with costs to appellant to abide the event.

KANE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Thomas Kane against the Erie Railroad Company. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, upon the ground that the verdict of the jury is contrary to and against the weight of the evidence upon the questions of defendant's negligence and of plaintiff's contributory negligence.

KANE, Respondent, v. ROCHESTER SECURITIES CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by John J. Kane against the Rochester Securities Company. No opinion. Judgment affirmed, with costs.

KATZ, Respondent, v. KATZ, Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Lizzie Katz against Louis Katz. F. Bien, of New York City, for appellant. H. A. Friedman, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed. See, also, 146 N. Y. Supp. 1096, 147 N. Y. Supp. 1119.

KATZ, Appellant, v. KATZ, Respondent. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Lizzie Katz against Louis Katz. H. A. Friedman, of New York City, for appellant. F. Bien, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1119.

CLARKE and SCOTT, JJ., dissent.

KATZKE, Appellant, v. SOBEL, Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Max A. Katzke against Nathan Sobel. No opinion. Motion to dismiss appeal granted, with costs, on the consent filed.

KAUFMAN, Appellant, v. HOPPER, Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Lena Kaufman, as administratrix, etc., against Abraham C. Hopper. No opinion. Motions denied, without costs. See, also, 146 N. Y. Supp. 1096.

KEARNEY, Appellant, v. HALLINAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Sarah Kearney, as administratrix, etc., of James Kearney, deceased, against Patrick Hallinan and others. No opinion. Motion granted, and appeal dismissed, with costs.

KEIT v. WINTER GARDEN CO. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by John J. Keit against the Winter Garden Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 147 N. Y. Supp. 11.

KELLER et al., Appellants, v. KELLER, Respondent. (Supreme Court, Appellate Di-